# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HARRY KERSEY

NO. 2023 KW 1198

**JANUARY 29, 2024**

---

In Re:    Harry Kersey, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 05-93-1359.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's "Motion to Proceed under the 1st [Amendment] of the U.S. Constitution and U.S. Supreme Court," filed October 31, 2022, on or before February 29, 2024. A copy of the district court's action shall be filed in this court on or before March 7, 2024.

                         **PMc**
                         **CHH**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT